AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Lynda Kesselman<br><br>*Plaintiff(s)*<br>v.<br>EMPIRE MERCHANTS, LLC A DIVISION OF THE CHARMER-SUNBELT GROUP and CHRISTOPHER GIGLIO AKA CHRIS GIGLIO<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  CV 14  2036<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

GOLD,

To: *(Defendant's name and address)* Empire Merchants, LLC, A Division of the Charmer-Sunbelt Group
Corporate Executive Office
19-50 48th Street
Astoria, New York 11105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Walker G. Harman, Jr.
The Harman Firm, PC
1776 Broadway, Suite 2030
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAR 31 2014

Date:

DOUGLAS C. PALMER
CLERK OF COURT

*Elizabeth Goddard*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Lynda Kesselman | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. **CV 14 2036** | |
| EMPIRE MERCHANTS, LLC A DIVISION OF THE CHARMER-SUNBELT GROUP and CHRISTOPHER GIGLIO AKA CHRIS GIGLIO | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chris Giglio
c/o Empire Merchants, LLC, A Division of the Charmer-Sunbelt Group
Corporate Executive Office
19-50 48th Street
Astoria, New York 11105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Walker G. Harman, Jr.
The Harman Firm, PC
1776 Broadway, Suite 2030
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **MAR 3 1 2014**

DOUGLAS C. PALMER
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*