UNITED STATES DISTRICT COURT       Hon. Sterling Johnson, Jr.
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LYNDA KESSELMAN,

      *Plaintiff*,

   *v.*       14 CV 2036 (SJ)(SMG)

EMPIRE MERCHANTS, LLC A DIVISION OF
THE CHARMER-SUNBELT GROUP *and*       NOTICE OF
CHRISTOPHER GIGLIO AKA       **CHANGE OF ADDRESS**
CHRIS GIGLIO,

      *Defendants*.

------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that co-counsel for Plaintiff Lynda Kesselman, Ronnie L. Silverberg [RS-6881], New York State Bar no. 2458487, whose previous address was BRADY, KLEIN, WEISSMAN, LLP, 501 5th Avenue, Suite 1900, New York, New York 10017, and whose previous telephone, facsimile, and email were respectively (212) 949-5800, (212) 949-5085, and rlsilverberg@bkwlegal.com, respectfully issues her updated contact information:

    **The Harman Firm, PC**
    **1776 Broadway, Suite 2030**
    **New York, New York 10019**
    Tel.:  (212) 425-2600
    Fax:  (212) 202-3926
    Email: rsilverberg@theharmanfirm.com

Dated: New York, New York       Respectfully submitted by:
      March 31, 2014       THE HARMAN FIRM, PC

       /s/ Ronnie L. Silverberg
       Ronnie L. Silverberg [RS-6881]
       1776 Broadway, Suite 2030
       New York, New York 10019
       (212) 425-2600
       wharman@theharmanfirm.com